Decided July 10, 1995

Gary Zaleta *v.* Town of Fairfield

The plaintiff's petition for certification for appeal from the Appellate Court, 38 Conn. App. 1 (AC 13419), is denied.

*Vincent M. Zanella, Jr.,* and *George W. Boath, Jr.,* in support of the petition.

*Donal C. Collimore,* in opposition.

Decided July 10, 1995